UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

DUSTY A. FARLER,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

Case No. 2:15-cv-2595
CHIEF JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Elizabeth P. Deavers

## ORDER

This matter is before the Court for consideration of the parties' Joint Motion for Remand [ECF No. 18] pursuant to Sentence Four of the Social Security Act, 42 U.S.C. § 405(g). In accordance with the parties' agreement, the Appeals Council will, upon receipt of this Order, remand this matter to an administrative law judge ("ALJ") for a new hearing and a new decision, with specific instruction to the ALJ to re-evaluate whether Plaintiff may have met the listing for intellectual disability based on testimony from the testifying medical expert, and if not, re-evaluate evidence regarding the extent to which Plaintiff would require supervision in the workplace and the level at which supervision might be work preclusive. Accordingly, the Commissioner's decision is **REVERSED** and this case is **REMANDED** to the Commissioner and the ALJ under Sentence Four of § 405(g) for further proceedings.

IT IS SO ORDERED.

1-25-2016
DATE

EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE