UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

DUSTY FARLER,

      Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

      Defendant.

Case No. 2:15-cv-2595
CHIEF JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Elizabeth P. Deavers

## ORDER

On May 6, 2016, the Magistrate Judge issued a Report and Recommendation [ECF No. 26] recommending that the Court grant Plaintiff's Motion for Attorney's Fees Pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412 [ECF No. 21]. The Report and Recommendation advised the parties that failure to object within fourteen (14) days would result in a waiver of review. The time period for objections has run and no party has objected.

Accordingly, the Report and Recommendation [ECF No. 26] is **ADOPTED**, and for the reasons set forth in that document, Plaintiff's Motion for Attorney's Fees [ECF No. 21] is **GRANTED IN PART** and **DENIED IN PART**. Plaintiff is **AWARDED** $6,639.84 in attorney's fees under the EAJA. If Plaintiff does not owe a debt to the United States, the Government should honor an assignment of Plaintiff's EAJA fees to his counsel.

IT IS SO ORDERED.

\_\_6-3-2016\_\_                                          _____
DATE                                                        EDMUND A. SARGUS, JR.
                                                            CHIEF UNITED STATES DISTRICT JUDGE